**Fill in this information to identify the case:**

Debtor 1  Standish E Willis

Debtor 2 
(Spouse, if filing)

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number  18-34002

## Official Form 410S1
# Notice of Mortgage Payment Change                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE HOLDERS OF NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-A, ASSET BACK ED PASS-THROUGH CERTIFICATES

**Court claim no**. (if known):  1

**Date of payment change:**
Must be at least 21 days after date of this notice                    11/01/2020

**Last 4 digits** of any number you use to identify the debtor's account:  9241

**New total payment:**  $ 3,196.33
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   _____

   Current escrow payment:   $ _____          New escrow payment:   $ _____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   _____

   Current interest rate:                  2.988 %          New interest rate:               3.875 %
   Current principal and interest payment:  $ 1,511.94       New principal and interest payment:  $ 1,605.14

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
      (*Court approval may be required before the payment change can take effect.*)
      Reason for change: _____
      
      _____
      
      Current mortgage payment: $ _____          New mortgage payment:  $ _____

Debtor 1     Standish E Willis                              Case number (*if known*) 18-34002
First Name     Middle Name     Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Leah R. Turner                              Date 09/17/2020
Signature

Print:     Leah R. Turner                             Title   Assistant Vice President

Company     Bank of America

Address     4161 Piedmont Parkway
Number     Street

Greensboro, NC  27410
City                           State     ZIP Code

Contact phone     (336) 854-4658                    Email   leah.r.turner@BofA.com

UNITED STATES BANKRUPTCY COURT

NORTHERN  DISTRICT OF ILLINOIS ( EASTERN DIVISION DIVISION)

Chapter:   13   No. 18-34002

In re:                                                              Judge:   DEBORAH L. THORNE

Standish E Willis

Debtor(s).

# CERTIFICATE OF SERVICE

I hereby certify that on 09/17/2020 , I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre-paid, or via filing with the US Bankruptcy Court's CM ECF system.

By U.S. Postal Service First Class Mail Postage Prepaid:

| | |
|---|---|
| Debtor: | Standish E Willis<br>900 N Ridgeland Ave<br>Oak Park, IL 60302-1441 |
| Debtor's Attorney: | DAVID M SIEGEL<br>790 Chaddick Dr<br>Wheeling, IL 60090-6005 |
| Trustee: | MARILYN O MARSHALL<br>224 S Michigan Ave Ste 800<br>Chicago, IL 60604-2503 |

/s/ Irene Zhao

LCI
(as Authorized Agent for Bank of America N.A.)
111 Anza Blvd Suite 310
Burlingame, CA 94010
650.342.9486 (x250)
izhao@lciinc.com



September 2, 2020

DAVID M SIEGEL
790 Chaddick Dr
Wheeling, IL 60090

**Loan Number:**

Dear David M Siegel:

We understand that you are the attorney representing the client referenced in the enclosed document(s). Accordingly, we are sending the enclosed information to you to provide to your client.

Please review this information. If you have any questions, please call us at the number provided in the enclosed document(s). We appreciate the opportunity to work with you.

Home Loan Team
Bank of America, N.A.

Bank of America, N.A. is required by law to inform you that this communication is from a debt collector. If you are currently in a bankruptcy proceeding or have previously obtained a discharge of this debt under bankruptcy law, this notice is for informational purposes only and is not an attempt to collect a debt, a demand for payment or an attempt to impose personal liability for a discharged debt.

Bank of America, N.A. Member FDIC. Equal Housing Lender. © 2018 Bank of America Corporation
Protect your personal information before recycling this document.

RQ-4012553-1                                                                                                           C3_24441_631158



Standish E Willis

**Loan No.**

**Date September 2, 2020**

PO Box 31690
Tampa, FL 33631-3690

**Customer service**
800.669.6650

**Account information**
bankofamerica.com

Standish E Willis
PO BOX 4048
OAK PARK, IL 60303-4048

Our records indicate that you're currently in a bankruptcy proceeding or have received a discharge of this debt under bankruptcy law. As a result, this communication is being sent for informational and/or compliance purposes only and should not be construed as an attempt to collect a debt, a demand for payment, an attempt to impose personal liability or an attempt to modify any applicable bankruptcy plan terms or discharge injunction. If you have received a discharge of your personal obligation to repay the debt associated with the referenced loan, Bank of America, N.A. will not take any action against you personally, but has retained the right to enforce its rights against the property securing this loan.

## Your loan's monthly payment will increase to $1,605.14 on November 1, 2020.

As a reminder, your interest rate is changing because of how your loan was modified 5 years ago through the Making Home Affordable Modification Program. According to the terms of the modification agreement, at the end of the initial fixed-rate term, the interest rate will increase annually based on the schedule in the modification agreement (see below "Payment Schedule Table") until it reaches the interest rate cap. Here is how the interest rate cap was set: The Freddie Mac Primary Mortgage Market Survey rate for 30-year, fixed-rate conforming mortgages rounded to the nearest 0.125%, which was the market rate of interest being charged by mortgage lenders on the day the modification was prepared. Once the interest rate reaches the interest rate cap, it will be fixed for the remaining life of the mortgage loan. The total monthly payment also includes an escrow account for property taxes, insurance and other escrowed expenses, which, if changed, will change your monthly payment.

### More information about your new interest rate

- The interest rate on your modified loan will increase by 0.887% on October 1, 2020, which is based on the payment schedule used during your loan modification.

- Once the interest rate reaches the interest-rate cap, the interest rate on your loan will remain the same for the rest of your loan term.

Bank of America, N.A. is required by law to inform you that this communication is from a debt collector. If you are currently in a bankruptcy proceeding or have previously obtained a discharge of this debt under bankruptcy law, this notice is for informational purposes only and is not an attempt to collect a debt, a demand for payment or an attempt to impose personal liability for a discharged debt.

## Your new payment schedule

We calculated your future monthly payments when your loan was originally modified, using the interest-bearing portion of your principal balance and the remaining number of payments due on your loan. Here's what your future payment schedule looks like:

| Payment Schedule Table | | | | | | | |
|---|---|---|---|---|---|---|---|
| Steps | Interest rate | Interest rate change date | Monthly principal & interest amount | Estimated monthly escrow amount* | Estimated total monthly payment* | Begins on | Number of monthly payments |
| Step 1 | 2.988% | 10/01/2015 | $1,511.94 | $1,100.39 May adjust periodically | $2,612.33 May adjust periodically | 11/01/2015 | 60 |
| Step(s) 2 | 3.875% | 10/01/2020 | $1,605.14 | May adjust periodically | May adjust periodically | 11/01/2020 | 176 |

*Your escrow payments are adjusted from time to time, based on changes on your taxes, insurance and other assessments, which may affect your total monthly payment. Keep in mind, if you have optional mortgage insurance, it isn't included above.

## We're here to help

We understand this increased payment may put you in a challenging situation, so we want to make sure you know there are additional resources available to you:

- **The HOPE Hotline** – This is a free service that provides help in understanding questions about your loan modification. You can give them a call at 888.995.HOPE (4673) and ask to speak with a Making Home Affordable (MHA) representative.

- **Loan counseling** – The U.S. Department of Housing and Urban Development (HUD) has approved housing counselors who are available to answer your questions at no cost to you. You can give them a call at 800.569.4287, or find a counselor near you at hud.gov/offices/hsg/sfh/hcc/fc/.

- **Homeownership Preservation Foundation** – We've partnered with this non-profit organization that specializes in consumer housing education with a goal of helping homeowners stay in their homes. Learn more about reducing your debt, budgeting tips and creating a financial action plan. These services are available free of charge. Call us at 800.669.6650, Monday through Friday, 8 a.m. to 5 p.m. local time, and we'll help connect you with the Homeownership Preservation Foundation.

- **Are you a member of the military?** If you are, we want to be sure you're getting the financial benefits and protections you deserve while you're protecting our country. The federal Servicemembers Civil Relief Act and comparable state laws provide protections and benefits to eligible military service personnel, including protection from repossession as well as interest rate relief. To find out if you're eligible, visit bankofamerica.com/military-banking/overview.go or you can reach our Enterprise Military Benefits Unit at 877.345.0693. From outside the U.S., please call us at 817.245.4094.

If you have any questions, call us at 800.669.6650, Monday through Friday, 8 a.m. to 5 p.m. local time.

Thank you for being our client.

The Homeownership Preservation Foundation ("HPF") is a HUD-approved independent non-profit organization. HPF is not a collectionagent, loan company, or real estate broker or agent, and does not guarantee any specific results or outcomes. HPF cannot guarantee that you will be able to refinance your home or arrange to keep your home. Any decision to refinance your home or modify your mortgage will be made by your lender and will vary depending upon individual situations such as the current terms of your mortgage and your ability to meet the terms of your modified or new mortgage. You are not obligated to receive, purchase or utilize any other services offered by HPF, or its exclusive partners, in order to receive housing counseling services. Bank of America is not affiliated with HPF.

**Bankruptcy Notice:** IF YOU ARE CURRENTLY IN A BANKRUPTCY PROCEEDING OR HAVE PREVIOUSLY RECEIVED A DISCHARGE OF THIS DEBT UNDER BANKRUPTCY OR OTHER APPLICABLE LAW, THIS NOTICE IS BEING SENT TO YOU FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT, A DEMAND FOR PAYMENT, A REQUEST ON AN OBLIGATION OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY UPON YOU FOR A DISCHARGED DEBT.